**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BANYAN MEDICAL SYSTEMS, LLC, a Nebraska limited liability company, | ) ) ) | Case No. 26-80320-BSK |
| Debtor. | ) ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BANYAN TECHNOLOGY SOLUTIONS, LLC, a Nebraska limited liability company, | ) ) ) | Case No. 26-80321-BSK |
| Debtor. | ) ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BANYAN MEDICAL SERVICES, INC., a Nebraska corporation, | ) ) ) | Case No. 26-80322-BSK |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BANYAN PLACEHOLDER, INC., FKA BANYAN MEDICAL SOLUTIONS, INC., a Nebraska corporation, | ) ) ) ) | Case No. 26-80323-BSK |
| Debtor. | ) ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BANYAN HOLDCO I, INC., a Nebraska corporation | ) ) ) | Case No. 26-80324-BSK |
| Debtor. | ) ) | |

| | | |
|---|---|---|
| In re:<br><br>BANYAN HOLDCO II, INC., a Nebraska corporation<br><br>Debtor. | ) ) ) ) ) ) ) | Chapter 7<br><br>Case No. 26-80325-BSK |

| | | |
|---|---|---|
| In re:<br><br>BANYAN CAPTIAL I, LLC, a Nebraska limited liability company,<br><br>Debtor. | ) ) ) ) ) ) ) | Chapter 7<br><br>Case No. 26-80326-BSK |

| | | |
|---|---|---|
| In re:<br><br>BANYAN CAPITAL II, LLC, a Nebraska limited liability company,<br><br>Debtor. | ) ) ) ) ) ) ) | Chapter 7<br><br>Case No. 26-80327-BSK |

## SUPPORT DOCUMENT TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

The following notes regarding the Statement of Financial Affairs and Schedules (collectively the "Schedules") are fully incorporated into and made part of the Schedules.  These notes comprise an integral part of the Schedules and should be referred to and considered in connection with any review of the Schedules.

The financial information presented herein is subject to important qualifications. The Debtors were the victim of fraudulent activity and misappropriation of assets perpetrated by its former Chief Financial Officer, which has necessitated a comprehensive review of the Debtors' historical financial records, internal accounting controls, and previously issued financial statements.  As a result, the Debtors' books, records, accounting systems, and historical financial information may be inaccurate, incomplete, altered, or otherwise unreliable in ways that have not yet been fully identified or quantified. The Schedules of Assets and Liabilities and Statement of Financial Affairs (collectively, the "Schedules and Statements") have been prepared by the Debtors' current management, with the assistance of its advisors, based on a reasonable inquiry into the information available as of the date hereof, and reflect management's good-faith effort to report the Debtors' assets, liabilities, financial condition, and financial affairs notwithstanding the limitations imposed by the former CFO's misconduct and the ongoing forensic investigation into its scope and effects.

The Schedules and Statements are signed under penalty of perjury based on information and belief, relying on the Debtors' books and records as currently maintained and on inquiries made of personnel reasonably believed to have knowledge of the matters reported, and not on necessarily on personal knowledge of each underlying entry.  Accordingly, the information set forth in the Schedules and Statements is preliminary and remains subject to further review, investigation, reconciliation, and adjustment. The Debtors expressly reserve the right to amend, supplement, or otherwise modify the Schedules and Statements, including the addition, deletion, reclassification, or re-valuation of assets, liabilities, claims, transfers, and other disclosures, at any time and from time to time as additional information becomes available or as the forensic investigation progresses. Nothing contained in the Schedules and Statements shall constitute a waiver of, or prejudice to, any of the Debtor's rights, claims, causes of action, defenses, setoffs, or recoupments, including without limitation any claims against the former CFO or any other person or entity arising out of or relating to the misconduct described herein, all of which are expressly preserved.

Nothing contained in the Schedules constitutes a waiver of any of the Debtors' rights with respect to this Chapter 7 case, including, but not limited to, any rights or claims of the Debtor' against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in these notes does not limit in any respect the general reservation of rights contained in this paragraph.  Nothing contained in the Schedules is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtor', any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

Notwithstanding that the Debtor' have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules, the Debtors nonetheless may have incorrectly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the at a later time as is necessary and appropriate.

Listing: (i) a claim on Schedule D as "secured,"; (ii) a claim on Schedule E/F as "priority" or "unsecured,"; (iii) a contract on Schedule G as "executory" or "unexpired"; or (iv) as a co-debtor on Schedule H does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

Any failure to designate a claim on a given Debtors' Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." The Debtor' reserve all rights to dispute, or assert offsets or defenses to, any claim reflected on its Schedule on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Moreover, listing a claim does not constitute an admission of liability by the Debtors against which the claim is listed or by any of the Debtors.  The Debtors reserve all rights to amend its Schedules as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

The preparation of the Schedules required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

Despite reasonable efforts, the Debtors may not have identified and/or set forth all of its causes of action (filed or potential) against third parties as assets in its Schedules, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all rights with respect to any causes of action, and nothing in these notes or the Schedules should be construed as a waiver of any such causes of action.

In the circumstance where the Schedules require information regarding "insiders" the Debtors have included information with respect to the individuals who the Debtors believe are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such capacities.  The listing of a party as an insider for purposes of the Schedules is not intended to be, nor should it be, construed an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Information regarding the individuals listed as insiders in the Schedules has been included for informational purposes only and such information may not be used for the purposes of determining control of the Debtors, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtors, or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose.

The Schedules have been signed by an authorized representative of the Debtors.  In reviewing and signing the Schedules, this representative relied upon information, advice, and documents obtained from books and records, board members, third parties, and professionals.  The authorized representative has signed the Schedules to the best of his or her knowledge with the understanding with the information contained in the Schedules is subject to change and ongoing review.

Respectfully submitted.

**BANYAN CAPTIAL I, LLC, BANYAN CAPITAL II, LLC, BANYAN HOLDCO I, INC., BANYAN HOLDCO II, INC., BANYAN MEDICAL SERVICES, INC., BANYAN MEDICAL SOLUTIONS, INC., BANYAN MEDICAL SYSTEMS, LLC, BANYAN TECHNOLOGY SOLUTIONS, LLC, Debtors.**

By:   */s Patrick R. Turner*
    Patrick R. Turner (#23461)
    Turner Legal Group, LLC
    9375 Burt Street, #200
    Omaha, NE 68114
    402-690-3675
    pturner@turnerlegalomaha.com

**Fill in this information to identify the case:**

Debtor name      **Banyan Medical Systems, LLC**

United States Bankruptcy Court for the:      DISTRICT OF NEBRASKA

Case number (if known)   **26-80320**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 20, 2026**          **X /s/ Anthony S. Buda**
                                            Signature of individual signing on behalf of debtor

                                            **Anthony S. Buda**
                                            Printed name

                                            **Authorized Representative**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Banyan Medical Systems, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known)   **26-80320**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*......................................................................    $     **0.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..................................................................    $     **6,087,134.10**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*....................................................................    $     **6,087,134.10**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................    $     **54,558,315.02**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $     **2,128,505.67**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$     **233,705,421.06**

4. **Total liabilities** ...................................................................................................................................
    Lines 2 + 3a + 3b                    $     **290,392,241.75**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Banyan Medical Systems, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEBRASKA |
| Case number (if known) | **26-80320** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **GPS Bank-Account has been locked. Account may contain money not belonging to the Debtor.** | **Checking** | **1369** | **$707,123.12** |
| 3.2. | **GPS-Negative Balance** | **Checking** | **2047** | **$0.00** |
| 3.3. | **Great Plains State Bank Lockbox** | | **0469** | **Unknown** |
| 3.4. | **I3 Bank** | | **7839** | **Unknown** |
| 3.5. | **US Bank** | **Unknown** | **9477** | **Unknown** |
| 3.6. | **Westside State Bank** | **Unknown** | **3316** | **Unknown** |

**4.** **Other cash equivalents** *(Identify all)*

| Debtor | **Banyan Medical Systems, LLC** | Case number *(If known)* **26-80320** |
|---|---|---|
| | Name | |

5.  **Total of Part 1.** $707,123.12

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:   **5,380,010.98** - **0.00** = ....   **$5,380,010.98**

face amount                  doubtful or uncollectible accounts

12.  **Total of Part 3.** $5,380,010.98

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                     % of ownership

| 15.1. | **BMS Aviation** | **99%** % | | **Unknown** |
|---|---|---|---|---|

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.  **Total of Part 4.** $0.00

Add lines 14 through 16.  Copy the total to line 83.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

| Debtor | **Banyan Medical Systems, LLC** | Case number *(If known)* **26-80320** |
|---|---|---|
| | Name | |

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Misc Office Furniture, including desk sets and chairs, Conference rooms tables adn chairs. Monintors, TV Screens. Purchase price was $200,000.00** | **Unknown** | | **$0.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Computers and phone systems.** | **$0.00** | | **$0.00** |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.** | **$0.00** |
|---|---|
Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

Debtor    **Banyan Medical Systems, LLC**                                    Case number *(If known)* **26-80320**
          Name

☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** <br> https://banyanmed.com/ | Unknown | | $0.00 |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** <br> Customer Mailing List | Unknown | | $0.00 |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**                                                                                          **$0.00**

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.  **Notes receivable** <br> Description (include name of obligor) | |
| 72.  **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
| 73.  **Interests in insurance policies or annuities** | |
| 74.  **Causes of action against third parties (whether or not a lawsuit has been filed)** | |

Debtor   **Banyan Medical Systems, LLC**                                    Case number *(If known)* **26-80320**
Name

**Causes of Action-Not yet pending**                                                        **Unknown**

Nature of claim          **Fraud**
Amount requested                      **$0.00**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**                                                        **$0.00**

      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor   **Banyan Medical Systems, LLC**                              Case number *(If known)*  **26-80320**
　　　　　Name

---

Part 12:       **Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $707,123.12 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,380,010.98 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,087,134.10 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $6,087,134.10 |

2:52 PM
12/09/25

Banyan Medical Systems, LLC
A/R Aging Detail
As of December 9, 2025

Case 26-80320-BSK   Doc 37   Filed 04/20/26   Entered 04/20/26 15:42:37   Desc Main
Document   Page 13 of 68

| Num | Description | | | |
|---|---|---|---|---|
| | Adventist Health System:Ocala:78 Beds 5/19/2024  - APRIL PAYMENT | 76,772.00 | | 76,772.00 |
| 10197 | Adventist Health System:Ocala:94 Bed Install - OCTOBER PAYMENT | 78,814.00 | | 78,814.00 |
| 10198 | Adventist Health System:Ocala:94 Bed Install - NOVEMBER PAYMENT | 78,814.00 | | 78,814.00 |
| 10258 | Adventist Health System:Ocala:94 Bed Install - DECEMBER PAYMENT | 78,815.00 | | 78,815.00 |
| 10259 | Adventist Health System:Ocala:94 Bed Install - JANUARY PAYMENT | 78,816.00 | | 78,816.00 |
| 10288 | Adventist Health System:Ocala:94 Bed Install - FEBRUARY PAYMENT | 78,816.00 | | 78,816.00 |
| | Adventist Health System:Ocala:94 Bed Install - MARCH PAYMENT | 78,816.00 | | 78,816.00 |
| | Adventist Health System:Ocala:94 Bed Install - APRIL PAYMENT | 78,816.00 | | |
| 10237 | Adventist Health System:Sebring Hospital:Virtual Nursing 67 Beds - DECEMBER  PAYMENT | 28,503.26 | | |
| 10206 | Adventist Health System:Sebring Hospital:Virtual Nursing 67 Beds - JANUARY PAYMENT | 28,503.26 | | |
| 10289 | Adventist Health System:Sebring Hospital:Virtual Nursing 67 Beds - FEBRUARY PAY | 28,503.26 | 28,503.26 | |
| 10290 | Adventist Health System:Sebring Hospital:Virtual Nursing 67 Beds - MARCH PAY | 28,503.26 | 28,503.26 | |
| 10146 | Adventist Health System:Waterman 300 Beds HW only | 27,222.00 | | 27,222.00 |
| 10210 | Mount Sinai Health Systems-4218:Mount Sinai Hospital - 35 Beds - OCTOBER PAYMENT | 48,909.36 | | |
| 10215 | Mount Sinai Health Systems-4218:Mount Sinai Hospital - 35 Beds - NOVEMBER PAYMENT | 48,909.36 | | |
| 10265 | Mount Sinai Health Systems-4218:Mount Sinai Hospital - 35 Beds - JANUARY PAYMENT | 48,909.36 | | 48,909.36 |
| 10242 | Mount Sinai Health Systems-4218:Mount Sinai Hospital - 35 Beds - DECEMBER PAYMENT | 48,909.36 | | 48,909.36 |
| 10291 | Mount Sinai Health Systems-4218:Mount Sinai Hospital - 35 Beds - FEBRUARY PAY | 48,909.36 | | 48,909.36 |
| | Mount Sinai Health Systems-4218:Mount Sinai Hospital - 35 Beds - MARCH PAY | 48,909.36 | | 48,909.36 |
| | Mount Sinai Health Systems-4218:Mount Sinai Hospital - 35 Beds - APRIL PAY | 48,909.36 | | |
| 10219 | Mount Sinai Health Systems-4218:Mount Sinai South Nassau-4217:76 Beds - OCT PAYMENT | 106,203.18 | 106,203.18 | 0.00 |
| 10220 | Mount Sinai Health Systems-4218:Mount Sinai South Nassau-4217:76 Beds - NOV PAYMENT | 106,203.18 | 106,203.18 | 0.00 |
| 10241 | Mount Sinai Health Systems-4218:Mount Sinai South Nassau-4217:76 Beds - DEC PAYMENT | 106,203.18 | | |
| 10266 | Mount Sinai Health Systems-4218:Mount Sinai South Nassau-4217:76 Beds - JAN PAYMENT | 82,643.16 | 82,643.16 | |
| 10292 | Mount Sinai Health Systems-4218:Mount Sinai South Nassau-4217:76 Beds - FEB PAY | 82,643.16 | 82,643.16 | |
| 10313 | Mount Sinai Health Systems-4218:Mount Sinai South Nassau-4217:76 Beds - MAR PAY | 82,643.16 | 82,643.16 | |
| | Mount Sinai Health Systems-4218:Mount Sinai South Nassau-4217:76 Beds - APRIL  PAY | 82,643.16 | | |
| 10213 | Baptist Health South Florida - 4225:Homestead 156 Beds-4226 - OCT PAYMENT | 272,758.00 | | 272,758.00 |
| 10214 | Baptist Health South Florida - 4225:Homestead 156 Beds-4226 - NOV PAYMENT | 272,758.00 | | 272,758.00 |
| 10249 | Baptist Health South Florida - 4225:Homestead 156 Beds-4227 - DEC PAYMENT | 272,759.00 | | 272,759.00 |
| 10260 | Baptist Health South Florida - 4225:Homestead 156 Beds-4228 - JAN PAYMENT | 272,760.00 | | 272,760.00 |
| | Baptist Health South Florida - 4225:Homestead 156 Beds-4228 - FEB  PAYMENT | 272,760.00 | | 272,760.00 |
| 10293 | Baptist Health South Florida - 4225:Homestead 156 Beds-4228 - MARCH PAYMENT | 272,760.00 | | 272,760.00 |
| 10216 | Baptist Medical Center South:Staffing  - NOV PAYMENT | 67,992.45 | | 67,992.45 |
| 10294 | Baptist Medical Center South:Staffing - DEC PAYMENT - not sent | 67,993.45 | | 67,993.45 |
| 10295 | Baptist Medical Center South:Staffing - JAN PAYMENT - not sent | | | 67,992.45 |
| 10296 | Baptist Medical Center South:Staffing - FEB PAYMENT - not sent | | | 67,992.45 |
| | Baptist Medical Center South:Staffing - MARCH PAYMENT - not sent | | | |
| 10224 | St. Peters Health:100 Beds - NOVEMBER PAYMENT | 230,788.50 | 230,788.50 | 0.00 |
| 10255 | St. Peters Health:100 Beds - DECEMBER PAYMENT | 230,788.50 | 230,788.50 | 0.00 |
| 10261 | St. Peters Health:100 Beds - JANUARY PAYMENT | 230,788.50 | 230,788.50 | |
| 10297 | St. Peters Health:100 Beds - FEBRUARY PAYMENT - | 230,788.50 | | 230,788.50 |
| | St. Peters Health:100 Beds - MARCH PAYMENT - | 230,788.50 | | 230,788.50 |
| 10217 | Huntsville Memorial Hospital- AL-4223:48 Beds - OCT - PAID TO CHICAGO PO ($53,856) | 53,856.00 | | 53,856.00 |
| 10218 | Huntsville Memorial Hospital- AL-4223:48 Beds - NOV - PAID TO CHICAGO PO $53,856) | 53,856.00 | | 53,856.00 |
| 10267 | Huntsville Memorial Hospital- AL-4223:48 Beds - DEC - DON'T BILL/DIDN'T SERVICE | 0.00 | | |
| 10268 | Huntsville Memorial Hospital- AL-4223:48 Beds - JANUARY PAYMENT - not sent | 53,858.00 | | 53,858.00 |

2:52 PM
12/09/25

Case 26-80320-BSK   Doc 37   Filed 04/20/26   Entered 04/20/26 15:42:37   Desc Main
Document     Page 14 of 68

Banyan Medical Systems, LLC
A/R Aging Detail
As of December 9, 2025

| Num | Name | Opening Balance | Collected | Current Balance |
|---|---|---|---|---|
| 10195 | Presence Saint Joseph Hospital:Service OR3, OR5, & OR8 | 26,655.33 | 26,655.33 | 0.00 |
| 10248 | Saint Luke's Health System - 4116:Mid America Heart Institute:Service Contracts | 20,575.00 | 20,575.00 | 20,575.00 |
| 10272 | Cuyuna | 115,207.00 | 115,207.00 | |
| 10270 | Marin | 18,333.33 | 18,333.33 | |
| | Marin | 18,333.33 | 18,333.33 | |
| | CHI | 656,000.00 | 656,000.00 | |
| | CHI | 348,665.36 | 348,665.36 | |
| 10316 | St. Vincent Hospital SVH | 23,019.97 | 23,019.97 | |
| | Multicare TV - AT BUCHALTER | 23,500.00 | | |
| | SW General TV - Matt sent | 69,430.32 | | 69,430.32 |
| | Stillwater TV - Matt sent | 54,933.00 | 54,933.00 | |
| 10250 | Carilion | $53,211.60 | $53,211.60 | |
| 10232 | Adventist:Bakersfield:142 beds - DECEMBER PAYMENT | 298,200.00 | 298,200.00 | 0.00 |
| 10236 | Adventist:Bakersfield:142 beds - JANUARY PAYMENT | 298,200.00 | 298,200.00 | |
| 10271 | Adventist:Bakersfield:142 beds - FEBRUARY PAYMENT - | 298,200.00 | 298,200.00 | |
| 10285 | Adventist:Bakersfield:142 beds - MARCH PAYMENT - | 298,200.00 | 298,200.00 | |
| 10314 | Adventist:Bakersfield:142 beds - APRIL  PAYMENT - | 298,200.00 | | 298,200.00 |
| 10333 | Adventist:Bakersfield:142 beds - MAY PAYMENT - | 298,200.00 | | 298,200.00 |
| 10233 | Chesapeake Regional Healthcare:95 beds partial payment | $140,655.51 | 140,655.51 | |
| | Chesapeake Regional Healthcare:95 beds partial payment - May remaining equipment | $130,291.42 | | 130,291.42 |
| 10264 | Chesapeake Regional Healthcare:183 Beds - | 260,580.00 | | |
| 10190 | Union Hospital Health Group:Union Hospital - 174 Beds - NOVEMBER PAYMENT | 287,499.00 | 287,499.00 | |
| 10209 | Union Hospital Health Group:Union Hospital - 174 Beds - DECEMBER PAYMENT | 287,499.00 | 287,499.00 | |
| 10240 | Union Hospital Health Group:Union Hospital - 174 Beds - JANUARY PAYMENT | 334,429.00 | 334,429.00 | |
| 10286 | Union Hospital Health Group:Union Hospital - 174 Beds - FEBRUARY PAYMENT | 334,429.00 | 334,429.00 | |
| | Union Hospital Health Group:Union Hospital - 174 Beds - MARCH  PAYMENT | 334,429.00 | 334,429.00 | |
| | Union Hospital Health Group:Union Hospital - 174 Beds - APRIL  PAYMENT | 334,429.00 | | 334,429.00 |
| 10188 | MultiCare Health System:Deaconnes Spokane WA - 4224:Managed Services 94 Beds | 197,400.00 | 197,400.00 | 0.00 |
| 10208 | MultiCare Health System:Deaconnes Spokane WA - 4224:Managed Services 94 Beds | 197,400.00 | 197,400.00 | 0.00 |
| 10253 | MultiCare Health System:Deaconnes Spokane WA - 4224:Managed Services 94 Beds | 197,401.00 | 197,401.00 | |
| 10227 | First Health of the Carolinas:27 Beds - CREDIT FOR $249,000 | | | |
| 10225 | First Health of the Carolinas:27 Beds - OCTOBER | 35,000.00 | | |
| 10226 | First Health of the Carolinas:27 Beds - NOVEMBER | 35,000.00 | | |
| 10262 | First Health of the Carolinas:27 Beds - DECEMBER | | | |
| 10263 | First Health of the Carolinas:27 Beds - JANUARY | | | |
| 10298 | First Health of the Carolinas:27 Beds - FEBRUARY - not sent | | | |
| | First Health of the Carolinas:27 Beds - MARCH - not sent | | | |
| 10231 | Adventist Health System:Combined SMA | 283,417.40 | 283,417.40 | 0.00 |
| 10199 | Adventist Health System:Ocala:78 Beds 5/19/2022 - OCTOBER PAYMENT | 76,770.00 | | 76,770.00 |
| 10200 | Adventist Health System:Ocala:78 Beds 5/19/2022 - NOVEMBER PAYMENT | 76,770.00 | | 76,770.00 |
| 10256 | Adventist Health System:Ocala:78 Beds 5/19/2023 - DECEMBER PAYMENT | 76,771.00 | | 76,771.00 |
| 10257 | Adventist Health System:Ocala:78 Beds 5/19/2024 - JANUARY PAYMENT | 76,772.00 | | 76,772.00 |
| 10287 | Adventist Health System:Ocala:78 Beds 5/19/2024 - FEBRUARY PAYMENT | 76,772.00 | | 76,772.00 |
| | Adventist Health System:Ocala:78 Beds 5/19/2024  - MARCH PAYMENT | 76,772.00 | | 76,772.00 |

**Banyan Medical Systems, LLC**
**A/R Aging Detail**
As of December 9, 2025

| | | | | |
|---|---|---|---|---|
| 10299 | Huntsville Memorial Hospital- AL-4223:48 Beds - FEBRUARY PAYMENT - not sent | 53,858.00 | | 53,858.00 |
| 10211 | Honor Health John Lincoln Medical Center:149 Beds | 215,205.00 | | 215,205.00 |
| 10205 | Stillwater Medical Center Authority:113 Beds ($120K but they say they owe $195k) | 195,000.00 | | 195,000.00 |
| 10254 | Stillwater Medical Center Authority:113 Beds ($120K but they say they owe $195k) | | | |
| | | **12,380,928.71** | **6,332,000.69** | **5,380,010.98** |

**Fill in this information to identify the case:**

Debtor name    **Banyan Medical Systems, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known)    **26-80320**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  Dext**<br>Creditor's Name<br><br>**5285 Meadows Rd Suite 335**<br>**Lake Oswego, OR 97035**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**All Assets**<br><br><br>**Describe the lien**<br>**Security Interest**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$24,088,257.00** | **Unknown** |
| **2.2  Equify**<br>Creditor's Name<br><br>**777 Main St, Suite 3900**<br>**Fort Worth, TX 76102**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**All assets**<br><br><br>**Describe the lien**<br>**Security Interest**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | **$10,905,404.00** | **Unknown** |

| | |
|---|---|
| Debtor **Banyan Medical Systems, LLC** | Case number (if known) **26-80320** |
| Name | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 | **First American** | Describe debtor's property that is subject to a lien | $4,742,261.55 | Unknown |
|---|---|---|---|---|

Creditor's Name

**all assets**

**211 High Point Drive
Victor, NY 14564**

Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.4 | **Great Plains** | Describe debtor's property that is subject to a lien | $3,042,486.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**All assets**

**140 Main St
Petersberg, NE 68652**

Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.5 | **Lake Street** | Describe debtor's property that is subject to a lien | $6,500,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**all assets**

**8700 State Line Rd, Ste 325
Leawood, KS 66206**

Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
☑ No

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 5

Debtor   **Banyan Medical Systems, LLC**                    Case number (if known)   **26-80320**
        Name

Creditor's email address, if known                  ☐ Yes
                                                    **Is anyone else liable on this claim?**

**Date debt was incurred**                          ■ No

                                                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                   **As of the petition filing date, the claim is:**
**interest in the same property?**                  Check all that apply

■ No                                                ☐ Contingent

☐ Yes. Specify each creditor,                       ☐ Unliquidated
including this creditor and its relative
priority.                                           ■ Disputed

---

| 2.6 | **Leaf Capital** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name

**2005 Market St 14th Floor**
**Philadelphia, PA 19103**

Creditor's mailing address                          **Describe the lien**
                                                    **Security Interest**
                                                    **Is the creditor an insider or related party?**

                                                    ■ No
Creditor's email address, if known                  ☐ Yes
                                                    **Is anyone else liable on this claim?**

**Date debt was incurred**                          ■ No

                                                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                   **As of the petition filing date, the claim is:**
**interest in the same property?**                  Check all that apply

■ No                                                ☐ Contingent

☐ Yes. Specify each creditor,                       ☐ Unliquidated
including this creditor and its relative
priority.                                           ■ Disputed

---

| 2.7 | **Libertas** | **Describe debtor's property that is subject to a lien** | **$4,100,000.00** | **Unknown** |

Creditor's Name                                     **All assets**

**411 W Putnum Ave, Suite**
**220**
**Greenwhich, CT 06830**

Creditor's mailing address                          **Describe the lien**
                                                    **Security Interest**
                                                    **Is the creditor an insider or related party?**

                                                    ■ No
Creditor's email address, if known                  ☐ Yes
                                                    **Is anyone else liable on this claim?**

**Date debt was incurred**                          ■ No

                                                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                   **As of the petition filing date, the claim is:**
**interest in the same property?**                  Check all that apply

■ No                                                ☐ Contingent

☐ Yes. Specify each creditor,                       ☐ Unliquidated
including this creditor and its relative
priority.                                           ■ Disputed

---

| 2.8 | **Local Bank** | **Describe debtor's property that is subject to a lien** | **$365,858.11** | **Unknown** |

Debtor  **Banyan Medical Systems, LLC**
_____  Case number (if known)  **26-80320**
Name

Creditor's Name  **all assets**

**205 McFarland Circle North
Tuscaloosa, AL 35406**
Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.9 | **Telerent Leasing Corporation** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**4106 S 87th St
Omaha, NE 68127**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.10 | **US Small Business Administration** | Describe debtor's property that is subject to a lien | **$814,048.36** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**10737 Gateway West #300
El Paso, TX 79935**
Creditor's mailing address

**all assets**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Debtor  **Banyan Medical Systems, LLC**                                Case number (if known)  **26-80320**
_____Name_____

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $54,558,315.02 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name  **Banyan Medical Systems, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEBRASKA

Case number (if known)   **26-80320**

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centerlized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$36,164.32** | **$36,164.32** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Department of the Treasury**<br>**1160 W. 1200 S St.**<br>**Ogden, UT 84201-0039** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,023,454.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Banyan Medical Systems, LLC** | Case number (if known) | **26-80320** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$68,887.35** | **$68,887.35** |

**Nebraska Department of Revenue**
**Attn: Bankruptcy Unit/ Neb State**
**Office**
**PO Box 94818**
**Lincoln, NE 68509**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$109,991.00** |

**725 Management LLC**
**701 P ST Suite #105**
**Lincoln, NE 68508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$383.00** |

**Abe's Trash Service, Inc.**
**8123 Christensen Lane**
**Omaha, NE 68122-5069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **8600**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,807.00** |

**Accu-Tech**
**PO Box 840781**
**Dallas, TX 75284-0781**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **0758**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Acension St. Joseph - Chicago**
**2900 N Lake Shore Drive**
**Chicago, IL 60657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,712.00** |

**ADP Inc**
**PO Box 830272**
**Philadelphia, PA 19182-0272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **6586**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Banyan Medical Systems, LLC** | Case number (if known) | **26-80320** |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Advent Health**
**Legal Dept**
**902 Inspiration Avenue**
**Altamonte Springs, FL 32714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Adventist Health - Bakersfield Hospital**
**Heather Van Housen, CNO**
**2615 Chester Avenue**
**Bakersfield, CA 93301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$317.00** |
|---|---|---|---|

**Akita Copy Products, Inc.**
**5402 Airport Blvd.**
**Tampa, FL 33634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$696.00** |
|---|---|---|---|

**ALTA Language Services, Inc.**
**P.O. Box 96303**
**Charlotte, NC 28296-0303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,594.00** |
|---|---|---|---|

**Amazon Web Services**
**410 Terry Avenue North**
**Seattle, WA 98109-5210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,585.08** |
|---|---|---|---|

**American Heritage Life Insurance Co**
**PO Box 650514**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0004**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,801.00** |
|---|---|---|---|

**American Heritage Life Insurance Co.**
**P.O. Box 650514**
**Dallas, TX 75265-0514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **0004**

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | **Banyan Medical Systems, LLC** | Case number (if known) | **26-80320** |
| | Name | | |

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$445.00**

**American Hospital Directory**
**166 Thierman Lane**
**Attn: Renewal**
**Louisville, KY 40207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Amerisource**
**7225 Langtry St # 100,**
**Hosuton, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$937,706.00**

**Anthony S Buda**
**231 No 248th Circle**
**Waterloo, NE 68069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Anthony S Buda Revocable Trust**
**231 No 248th Circle**
**Waterloo, NE 68069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,800.00**

**AONL Annual Conference Exhibits**
**75 Remittance Drive, Suite 91201**
**Chicago, IL 60675-1201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$36.00**

**ApplicantPro/ISolved Talent Acquisition**
**PO Box 737928**
**Dallas, TX 75373-7928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$90.00**

**Aqua Systems of NE**
**2630 North 27th Street**
**Lincoln, NE 68521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Banyan Medical Systems, LLC | Case number (if known) | 26-80320 |
|---|---|---|---|
| | Name | | |

---

**3.20** | **Nonpriority creditor's name and mailing address**
**Ark Specialties**
**7005 S 79th St**
**LaVista, NE 68128**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$162.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**
**Avidex**
**1100 Crescent Green, Suite 200**
**Cary, NC 27518**

Date(s) debt was incurred _
Last 4 digits of account number **N015**

**As of the petition filing date, the claim is:** *Check all that apply.*     **$176,960.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address**
**Avidex Industries LLC**
**1100 CRESECENT GREEN**
**SUITE 200**
**Cary, NC 27518**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$61,379.86**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address**
**Bank of Bennington**
**12212 N 156th St**
**Bennington, NE 68007**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address**
**Barco, Inc**
**DEPT 2024**
**PO BOX 122024**
**Dallas, TX 75312-2024**

Date(s) debt was incurred _
Last 4 digits of account number **0005**

**As of the petition filing date, the claim is:** *Check all that apply.*     **$4,605.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address**
**Bay Area Intensivists Medical Group Inc**
**2751 4TH ST**
**SUITE 135**
**Santa Rosa, CA 95405**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$40,300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address**
**Bay Area Intensivists Medical Group Inc**
**2751 4TH ST**
**SUITE 135**
**Santa Rosa, CA 95405**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$40,300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Banyan Medical Systems, LLC** | | Case number (if known) | **26-80320** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$92,300.00** |
| --- | --- | --- | --- |

**Bay Area Intensivists Medical Group, Inc**
**2751 4th Street, #135**
**Santa Rosa, CA 95405**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$148,869.63** |
| --- | --- | --- | --- |

**Baycare Properties LLC**
**150 FAYETTEVILLE ST**
**SUITE 1400**
**Raleigh, NC 27601**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$265,533.00** |
| --- | --- | --- | --- |

**Baycare Properties, LLC**
**150 Fayetteville St. Suite 1400**
**Raleigh, NC 27601**

Date(s) debt was incurred __

Last 4 digits of account number  **0505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$265,533.00** |
| --- | --- | --- | --- |

**Baycare Properties, LLC**
**150 Fayetteville St. Suite 1400**
**Raleigh, NC 27601**

Date(s) debt was incurred __

Last 4 digits of account number  **0505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,000.00** |
| --- | --- | --- | --- |

**Bear Fox Marketing**
**1120 S Rackham Way STE 300 Office 37**
**Meridian, ID 83642-1092**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Boyd and Mary Lauritsen**
**15942 Patrick Avenue**
**Omaha, NE 68116**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Bruce and Deborah Nelson**
**1334 West Sarpy Road**
**Jackson, NE 68743**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No   ☐ Yes

| Debtor | **Banyan Medical Systems, LLC** | Case number (if known) | **26-80320** |
|---|---|---|---|
| | Name | | |

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bryan Health**
**1600 South 18th Street**
**Lincoln, NE 68506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Buchalter Law Firm**
**c/o Jason Brooks**
**1 Music Circle South Suite 300**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,653.00** |
|---|---|---|---|

**Canteen Refreshment Services**
**PO Box # 50196**
**Los Angeles, CA 90074-0196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$512,442.00** |
|---|---|---|---|

**Caregility Corporation**
**P.O. Box 936601**
**c/o Alterna Capital Solutions LLC**
**Atlanta, GA 31193-6601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Castle Capital II**
**James Hannon III**
**1248 O St Ste 900**
**Lincoln, NE 68508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,638.00** |
|---|---|---|---|

**Center Trophy**
**5435 Center St**
**Omaha, NE 68106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chad L Olson**
**5411 48th Avenue**
**South Fargo, ND 58104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Banyan Medical Systems, LLC**                     Case number (if known)   **26-80320**
Name

| | |
|---|---|
| 3.41 | **$1,514.00** |

**Nonpriority creditor's name and mailing address**
**Cintas**
**P.O. Box 631025**
**Cincinnati, OH 45263-1025**

Date(s) debt was incurred _

Last 4 digits of account number  **6382**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.42 | **$50.00** |

**Nonpriority creditor's name and mailing address**
**City of Chicago Dept of Finance**
**2 N La Salle Street**
**Chicago, IL 60602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.43 | **Unknown** |

**Nonpriority creditor's name and mailing address**
**Clayborn Morris**
**9648 Pickering Street**
**Lenexa, KS 66227**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.44 | **$2,825.00** |

**Nonpriority creditor's name and mailing address**
**Cogency Global Inc**
**PO Box 3168**
**Hicksville, NY 11802**

Date(s) debt was incurred _

Last 4 digits of account number  **Q49Q**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.45 | **$2,825.00** |

**Nonpriority creditor's name and mailing address**
**CollaboratelQ/Headsetters**
**5830 Granite Pkwy, Suite 100-415**
**Plano, TX 75024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.46 | **Unknown** |

**Nonpriority creditor's name and mailing address**
**Common Spirit Health**
**444 West Lake Street STE 2500**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.47 | **$357.00** |

**Nonpriority creditor's name and mailing address**
**Concentra**
**PO Box 82549**
**Hapeville, GA 30354-0549**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Banyan Medical Systems, LLC** | Case number (if known) | **26-80320** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address** | **$1,867.00** |

**Controlled Comfort, LLC**
**117101 Centennial Road Suite #1**
**LaVista, NE 68128**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Corporate Service Company As Representat**
**PO Box 2576**
**Springfield, IL 62708**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**CT Corporation as Representative**
**330 N Brand Blvd**
**Suite 700 Attn: SPRS**
**Glendale, CA 91203**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address** | **$412.00** |

**Cubesmart**
**5000 L St**
**Omaha, NE 68117**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** | **$906.00** |

**Culligan of Omaha**
**PO BOX 2932**
**WICHITA, KS 67201-2932**

Date(s) debt was incurred __

Last 4 digits of account number  **4969**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** | **$1,779.00** |

**Curbell Medical**
**62882 Collection Center Dr.**
**Chicago, IL 60693-0626**

Date(s) debt was incurred __

Last 4 digits of account number  **1700**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Cuyuna Regional Medical Center**
**320 East Main Street**
**Crosby, MN 56441**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Banyan Medical Systems, LLC** | Case number (if known) | **26-80320** |
|---|---|---|---|
| | Name | | |

---

**3.55** | **Nonpriority creditor's name and mailing address**
**Cynthia Goff**
**PO Box 3666**
**Omaha, NE 68103**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.56** | **Nonpriority creditor's name and mailing address**
**Datasite LLC**
**P. O. Box 74007252**
**Chicago, IL 60674-7252**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,624.00**

---

**3.57** | **Nonpriority creditor's name and mailing address**
**Definitive Healthcare**
**P.O. Box 411273**
**Boston, MA 02241-1273**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$29,262.00**

---

**3.58** | **Nonpriority creditor's name and mailing address**
**DoerenMayhew CPAs and Advisors**
**305 West Big Beaver Road**
**STE 200**
**Troy, MI 48084**

Date(s) debt was incurred __
Last 4 digits of account number  **0000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,900.00**

---

**3.59** | **Nonpriority creditor's name and mailing address**
**Douglas County  Treasurer**
**P.O. Box 2855**
**Omaha, NE 68103-2855**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,399.00**

---

**3.60** | **Nonpriority creditor's name and mailing address**
**Douglas County Attorney**
**1701 Farnam St, 3rd Floor**
**Omaha, NE 68183**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.61** | **Nonpriority creditor's name and mailing address**
**DRIVE HEALTH**
**275 E RIVULON BLVD**
**SUITE 300**
**Gilbert, AZ 85297**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$4,000,000.00**

---

Debtor **Banyan Medical Systems, LLC**
Name

Case number (if known)   **26-80320**

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**E2M Holdings, LLC**
**8111 Preston Road, Suite 600,**
**Dallas, TX 75225**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Edmund S Fangman**
**727 Ridgeway Blvd**
**De Pere, WI 54155**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Entertainment Technology Solutions ?ETS?**
**13203 Stafford Rd**
**Suite 1200**
**Missouri City, TX 77489**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Ernie Lee**
**Lauren Goodman**
**1601 Dodge St**
**Omaha, NE 68102**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$66,726,136.00** |

**ETL Properties**
**Lauren Goodman**
**1601 Dodge St**
**Omaha, NE 68102**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$335,043.15** |

**EVHC**
**62707 COLLECTION CENTER DRIVE**
**Chicago, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,036,423.00** |

**EVHC**
**75 Remittance Drive Dept# 92106**
**Chicage, IL 60675-2106**

Date(s) debt was incurred __

Last 4 digits of account number __2106__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Banyan Medical Systems, LLC** | Case number (if known) | **26-80320** |
|---|---|---|---|
| | Name | | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$405,970.18** |
|---|---|---|---|

**Evivaco NV**
**2380 BALDWINVILLE CT**
**Henderson, NV 89044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$848,920.00** |
|---|---|---|---|

**Evivaco, NV**
**2380 Baldwinville Ct.**
**Henderson, NV 89044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,866.00** |
|---|---|---|---|

**Fedex**
**P. O. Box 94515**
**Palatine, IL 60094-4515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number **6298**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,745.00** |
|---|---|---|---|

**FedEX Freight**
**PO Box 10306**
**Dept CH**
**Palatine, IL 60055-0306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,486.00** |
|---|---|---|---|

**FiberLight, LLC**
**PO Box 602526**
**Charlotte, NC 28260-2526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number **0100**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$121,697.00** |
|---|---|---|---|

**First American**
**1801 W Olympic Blvd**
**File 1465**
**Pasasena, CA 91199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number **0608**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86,613.35** |
|---|---|---|---|

**First UNUM Life Insurance Company**
**PO BOX 406927**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Banyan Medical Systems, LLC**
Name

Case number (if known)  **26-80320**

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$127,791.00** |

**First UNUM Life Insurance Company**
**PO BOX 406927**
**Atlanta, GA 30384-6927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **2232**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,252.00** |

**Flare Media Group**
**1497 Main St #268**
**Dunedin, FL 34698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,654.00** |

**Florida Department of Revenue**
**1415 W US Highway 90 Ste. 115**
**Out of State Collections Unit,**
**Lake City, FL 32055-6156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **6398**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,420.00** |

**Framework Security**
**P.O. Box 341539**
**C/O Keystone Bank**
**Austin, TX 78734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,672.00** |

**Fraser Stryker PC LLO**
**500 Energy Plaza**
**409 South 17th Street**
**Omaha, NE 68102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **4293**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$252.00** |

**General Fire and Safety/Summit Fire Prot**
**P.O. Box 851675**
**Minneapolis, MN 55485-1675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **9322**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$435,000.00** |

**Gliderdale Partners LLC**
**111 N Orange Ave**
**Suite 1800**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Banyan Medical Systems, LLC** | Case number (if known) | **26-80320** |
|---|---|---|---|
| | Name | | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GPH Atoka Holdings LLC**
**Leland G Slawson**
**700 Walnut St, Suite 1300**
**Des Moines, IA 50309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,391.00** |
|---|---|---|---|

**Grainger**
**Dept. 887360483**
**P.O. Box 419267**
**Kansas City, MO 64141-6267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,863.00** |
|---|---|---|---|

**Great Plains Communication**
**PO Box 2058**
**Omaha, NE 68103-2058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **7267**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$495.00** |
|---|---|---|---|

**Greater Omaha Chamber of Commerce**
**808 Conagra Drive**
**Suite 400**
**Omaha, NE 68102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **3729**

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,701.00** |
|---|---|---|---|

**Ground Builders**
**PO Box 571**
**Boystown, NE 68010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**HCA - Research Medical Center**
**2316 E Meyer Blvd**
**Kansas City, MO 64132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$944.00** |
|---|---|---|---|

**HealthEquity, Inc.**
**PO Box 14374**
**Lexington, KY 40512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Banyan Medical Systems, LLC** | Case number (if known) | **26-80320** |
|---|---|---|---|
| | Name | | |

**3.90** | **Nonpriority creditor's name and mailing address**
**Hi-Touch**
**PO Box 208897**
**Dallas, TX 75320-8897**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$526.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address**
**HLTH Inc.**
**155 E 44th Street, Suite 701**
**New York, NY 10017**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$30,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address**
**Hospital Sisters Health System**
**4936 Laverna Road**
**Springfield, IL 62707**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address**
**Host Coffee**
**9444 J Street**
**Omaha, NE 68127**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$496.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address**
**Hubspot Inc**
**PO Box 419842**
**Boston, MA 02241-9842**

Date(s) debt was incurred __
Last 4 digits of account number  **9738**

As of the petition filing date, the claim is: *Check all that apply.*  **$12,235.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address**
**Humanity**
**PO Box 209377**
**Dallas, TX 75320-9377**

Date(s) debt was incurred __
Last 4 digits of account number  **3694**

As of the petition filing date, the claim is: *Check all that apply.*  **$12,992.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address**
**I3 Bank**
**12212 N 156th St**
**Bennington, NE 68007**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Banyan Medical Systems, LLC**                          Case number (if known)   **26-80320**
      Name

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,818.00** |
|---|---|---|---|

**Insight Direct USA, Inc.**
**P.O. Box 731069**
**Dallas, TX 75373-1069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number  8617**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,171.00** |
|---|---|---|---|

**Interstate All Battery Center**
**3301 Oak View Dr.**
**Omaha, NE 68144-5629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number  0028**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,912.00** |
|---|---|---|---|

**Intuit Software**
**2700 Coast Avenue**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number __**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$750,000.00** |
|---|---|---|---|

**Jeffrey White**
**Michael Fielding**
**4801 Main St Suite 1000**
**Kansas City, MO 64112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number __**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jennifer R Buda Revocable Trust**
**231 No 248th Circle**
**Waterloo, NE 68069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number __**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Carson**
**651 No 57th Avenue**
**Omaha, NE 68132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number __**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John S Thomas**
**7810 Hickory Circle**
**Omaha, NE 68124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number __**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Banyan Medical Systems, LLC**                                    Case number (if known)   **26-80320**
         Name

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,877.00** |
|---|---|---|---|

**Johnson Control Security Solutions**
**P.O. Box  7411453**
**Chicago, IL 60674-1453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **6336**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jolinda A Lambert**
**5 Stadium Way**
**Kentfield, CA 94904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$437.37** |
|---|---|---|---|

**Kari Koehler**
**1983 Wooten Rd**
**Helena, MT 59602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kevin J Weber**
**20008 Harney Street**
**Elkhorn, NE 68022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kimberly Support Trust**
**444 West Lake Street Suite #200-SAM**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kimberly T Duchossois Revocable Trust**
**444 West Lake Street Suite #200-SAM**
**Chicago, IL 68606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Knapp Family Revocable Trust**
**414 15th Avenue South**
**Naples, FL 34102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Banyan Medical Systems, LLC** | | Case number (if known) | **26-80320** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **KTD RBD Family Discretionary Trust** <br> **444 West Lake Street Suite #200-SAM** <br> **Chicago, IL 60606** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31,337.00** |
| | **Kutak Rock LLP** <br> **PO Box 30057** <br> **Omaha, NE 68103-1157** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Lance Larson** <br> **Patrick Flood** <br> **10250 Regency Circle, Suite 300** <br> **Omaha, NE 68114** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,645.00** |
| | **Leaf (Copiers)** <br> **P.O. BOX 5066** <br> **Hartford, CT 06102-5066** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Trade Debt** | |
| | Last 4 digits of account number **9003** | Is the claim subject to offset?  ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,775.00** |
| | **Lumen** <br> **PO Box 52015** <br> **level 3 Communication LLC** <br> **Phoenix, AZ 85072-2015** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Trade Debt** | |
| | Last 4 digits of account number **FHFB** | Is the claim subject to offset?  ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Marc Smith** <br> **536 South 52nd** <br> **Omaha, NE 68106** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Marin General Hospital** <br> **250 Bon Air Road** <br> **Greenbrae, CA 94904** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| Debtor | Banyan Medical Systems, LLC | Case number (if known) | 26-80320 |
|---|---|---|---|
| | Name | | |

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Mary G Webdell**
**11908 Summit Street**
**Kansas City, MO 64145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,549.00**

**Master Maintenance**
**P.O. Box 272758**
**Tampa, FL 33688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$341,252.00**

**Matt Erickson**
**20261 Jeannie Lane**
**Gretna, NE 68028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Matthew D Erickson**
**20261 Jeannie Lane**
**Gretna, NE 68028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00**

**MD Now**
**PO Box 748728**
**Atlanta, GA 30374-8728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,506,701.00**

**Med One**
**10712 South 1300 East**
**Sandy, UT 84094**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$221.00**

**Med-Lake Laboratory, LLC**
**100 Industrial Park Rd NW**
**Milledgeville, GA 31061-6602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Banyan Medical Systems, LLC** | Case number (if known) | **26-80320** |
|---|---|---|---|
| | Name | | |

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$172,586.00** |
|---|---|---|---|

**Melissa Marvin**
**15928 Lake St.**
**Omaha, NE 68116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$244.00** |
|---|---|---|---|

**Midwest Plumbing and Drain, LLC**
**PO Box 1553**
**Bellevue, NE 68005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mt. Sinai Hospital**
**Diane Aroh, CNO**
**1 Gustave L. Levy Place**
**New York, NY 10029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mt. Sinai South Nassau**
**Margaret Pfeiffer, CNO**
**One Healthy Way**
**Oceanside, NY 11572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,050.00** |
|---|---|---|---|

**Navan, Inc**
**3045 Park Bvld**
**Palo Alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$905.00** |
|---|---|---|---|

**NewView Training**
**8710 F Street, Suite 112**
**Omaha, NE 68127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79,681,146.00** |
|---|---|---|---|

**North Mill Equipment Finance**
**601 Merritt 7**
**Floor 5**
**Norwalk, CT 06851**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Banyan Medical Systems, LLC** | | Case number (if known) | **26-80320** |
|---|---|---|---|---|
| | Name | | | |

---

**3.132** | **Nonpriority creditor's name and mailing address**

**Nth Degree**
**PO Box 737934**
**Dallas, TX 75373**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,737.00**

---

**3.133** | **Nonpriority creditor's name and mailing address**

**Occupational Health Centers Southwest**
**PO Box 82549**
**Hapeville, GA 30354-0549**

Date(s) debt was incurred __
Last 4 digits of account number  **2671**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$290.00**

---

**3.134** | **Nonpriority creditor's name and mailing address**

**Octopus, LP**
**c/o Jason M Bruno**
**260 Regency Pkwy Dr., #200**
**Omaha, NE 68114**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,000,000.00**

---

**3.135** | **Nonpriority creditor's name and mailing address**

**Omaha Pest Control, Inc.**
**PO Box 4896**
**Omaha, NE 68104-9998**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,498.00**

---

**3.136** | **Nonpriority creditor's name and mailing address**

**Omaha Public Power District**
**P. O. Box 3995**
**Omaha, NE 68103-0995**

Date(s) debt was incurred __
Last 4 digits of account number  **3201**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,087.00**

---

**3.137** | **Nonpriority creditor's name and mailing address**

**OneNeck IT Solutions LLC**
**PO BOX 857950**
**Minneapolis, MN 55485**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$149,017.52**

---

**3.138** | **Nonpriority creditor's name and mailing address**

**OneNeck IT Solutions, LLC**
**P.O. Box 675563**
**Detroit, NI 48267-5563**

Date(s) debt was incurred __
Last 4 digits of account number  **5377**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$255,250.00**

---

| Debtor | **Banyan Medical Systems, LLC** | | Case number (if known) | **26-80320** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,344.60** |
| --- | --- | --- | --- |

**OneSource**
**PO BOX 24148**
**Omaha, NE 68124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38,970.00** |
| --- | --- | --- | --- |

**OneSource**
**20890 Kenbridge Ct**
**Lakeville, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **378e**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,400.00** |
| --- | --- | --- | --- |

**OO8 LLC**
**16814 Cady Cir**
**Omaha, NE 68116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
| --- | --- | --- | --- |

**Organization of Nurse Leaders of New Jer**
**P.O. Box 396**
**Monmouth Junction, NJ 08852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,280.00** |
| --- | --- | --- | --- |

**Owen's Mowing, LLC**
**29040 Garvin Rd.**
**Valley, NE 68064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,977.00** |
| --- | --- | --- | --- |

**P.I. Midwest**
**PO Box 45158**
**Omaha, NE 68145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Paul Philo**
**10 Crimson Canyon**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Banyan Medical Systems, LLC** | Case number (if known) | **26-80320** |
|---|---|---|---|
| | Name | | |

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Peachtree Immediate Care Billing Dept**
**590 West Lanier Ave**
**Fayetteville, GA 30214-1504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **2064**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Pegler Family, LLC C/O First Nebraska Tr**
**PO Box 81667**
**Omaha, NE 68501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,870.00**

**Pension Administrators LLC**
**18033 Oak Street**
**Omaha, NE 68130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$491.00**

**Proshred Security/VitalShred**
**P.O. Box 11407**
**Dept. 5874**
**Birmingham, AL 35246-5874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number **9118**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Quantam Financial Partners**
**3808 N 153rd St, Suite 202**
**Omaha, NE 68116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,048.00**

**Quest Diagnostic**
**PO Box 740709**
**Atlanta, GA 30374-0709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number **1420**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,064.00**

**R&L Carriers**
**PO Box 10020**
**Port William, OH 45164-2000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Banyan Medical Systems, LLC** | Case number (if known) | **26-80320** |
|---|---|---|---|
| | Name | | |

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$449.00** |
|---|---|---|---|

**Regal Advertising**
**11540 West Dodge Rd.**
**Omaha, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Regency Service Center**
**8526 St. I**
**Omaha, NE 68127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$46,083.00** |
|---|---|---|---|

**Relias LLC**
**PO BOX 74008620**
**Chicage, IL 60674-8620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9663**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,766.72** |
|---|---|---|---|

**Renze Display Company**
**6847 North 16th St**
**Omaha, NE 68112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Richard Webdell**
**8279 W 116th Terrace**
**Overland Park, KS 66210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,739.00** |
|---|---|---|---|

**RingPlan**
**P.O. Box 102267**
**Pasadena, CA 91189-2267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9391**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$47,039,899.64** |
|---|---|---|---|

**Robert Foster**
**Lauren Goodman**
**1601 Dodge St**
**Omaha, NE 68102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Banyan Medical Systems, LLC** | Case number (if known) | **26-80320** |
|---|---|---|---|
| | Name | | |

---

**3.160** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250,000.00**

**Robert Linden**
**10030 Seward St**
**Omaha, NE 68114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Russ Kreutz**
**PO Box 404**
**Doniphan, NE 68832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Ryan E Scott**
**11106 William Plz**
**Omaha, NE 68144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Ryan Scott**
**1299 Farnam St., Suite 1220**
**Omaha, NE 68102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Ryan Scott c/o Attorney**
**Dahlquist & Klein PC LLO**
**1403 Farnam St, Suite 232**
**Omaha, NE 68102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000,000.00**

**Sam Marchese**
**First National Tower, Suite 3700**
**1601 Dodge St**
**Omaha, NE 68102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$235.00**

**SHSMD**
**75 Remittance Drive**
**Dept. 75315**
**Chicage, Il 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number **8860**

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor   **Banyan Medical Systems, LLC**                     Case number (if known)    **26-80320**
          Name

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,420.00** |
|---|---|---|---|

**Slash1 LLC DBA Framework Security C/O Ke**
**PO Box 341539**
**Austin, TX 78734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28,294.84** |
|---|---|---|---|

**Snappy App Inc**
**17651 Palatine**
**Warrenville, IL 60555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$36,409.00** |
|---|---|---|---|

**Snappy App. Inc.**
**33 Irving Place**
**Suite 5021**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$763,899.00** |
|---|---|---|---|

**Social Security Administration**
**PO Box 1214**
**Charlotte, NC 28201-1214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,624,737.50** |
|---|---|---|---|

**Solaborate Inc**
**8300 UTICA AVE**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,349,055.00** |
|---|---|---|---|

**Solaborate Inc**
**2605 Enterprise Rd E Ste 150**
**Clearwater, FL 33759-1068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$898.00** |
|---|---|---|---|

**Spectrum**
**PO Box 7186**
**Pasadena, CA 91109-7186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **8659**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Banyan Medical Systems, LLC** | Case number (if known) | **26-80320** |
|---|---|---|---|
| | Name | | |

---

**3.174** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**St. Joseph Mercy Ann Arbor Hospital**
**5301 Mcauley Drive**
**Ypsilanti, MI 48197**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**St. Lukes Health System - Kansas City**
**4401 Wornall Road**
**Kansas City, MO 64111**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,810.00**

**Staples**
**P.O. Box 95230**
**Chicago, IL 60694-5230**

Date(s) debt was incurred __
Last 4 digits of account number  **4400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Stephanie Francois**
**105 No 31st Avenue - APT #603**
**Omaha, NE 68131**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$252.06**

**Summit Fire Protection**
**13002 I Street**
**Omaha, NE 68137**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,363.00**

**TEKsystems**
**P.O. Box 198568**
**Atlanta, GA 30384-8568**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,268.00**

**Terminix Processing Center**
**P.O. Box 802155**
**Chicago, Il 60680-2155**

Date(s) debt was incurred __
Last 4 digits of account number  **7259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Banyan Medical Systems, LLC** | | Case number (if known) | **26-80320** |
|---|---|---|---|---|
| | Name | | | |

**3.181** | **Nonpriority creditor's name and mailing address**

**Thaddeus Wolff**
**15205 Baker Circle**
**Bennington, NE 68007**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.182** | **Nonpriority creditor's name and mailing address**

**The ARK Group, LLC**
**14710 W. Dodge Rd. Suiter 203**
**Omaha, NE 68154-4419**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,720.00**

---

**3.183** | **Nonpriority creditor's name and mailing address**

**The CBE Group, Inc**
**PO Box 2217**
**Waterloo, IA 50704-2217**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,269.00**

---

**3.184** | **Nonpriority creditor's name and mailing address**

**The DAISY Foundation**
**National Bank by Mail**
**PO Box 6185**
**Westerville, OH 43086-6185**

Date(s) debt was incurred __
Last 4 digits of account number  **5276**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$930.00**

---

**3.185** | **Nonpriority creditor's name and mailing address**

**The Health Management Academy LLC**
**1100 WILSON BLVD**
**SUITE 1200**
**Arlington, VA 22209**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$250,000.00**

---

**3.186** | **Nonpriority creditor's name and mailing address**

**The Health Management Academy LLC**
**1100 WILSON BLVD**
**SUITE 1200**
**Arlington, VA 22209**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$250,000.00**

---

**3.187** | **Nonpriority creditor's name and mailing address**

**The Predictive Index**
**PO Box 675320**
**Detroit, MI 48267-5320**

Date(s) debt was incurred __
Last 4 digits of account number  **XAAS**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$5,976.50**

---

| Debtor | **Banyan Medical Systems, LLC** | Case number (if known) | **26-80320** |
|---|---|---|---|
| | Name | | |

---

**3.188** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$655.00**

**TN Department of Labor & Workforce Devel**
**220 French Landing Drive**
**Nashville, TN 37243**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450,000.00**

**Tony D. Buda**
**2419 South 156th Circle**
**Omaha, Ne 68130**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,955.50**

**TONY D. BUDA PC**
**2914 S 156TH CIRCLE**
**Omaha, NE 68130**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$203,890.00**

**Tony D. Buda, P.C.**
**2419 South 156th Circle**
**Omaha, NE 68130**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,516.70**

**Travelers CL Remittance Center**
**PO BOX 660317**
**Dallas, TX 75226**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,517.00**

**Travelers CL Remittance Center**
**PO BOX 660317**
**Dallas, TX 75226**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,084.00**

**Travelers Insurance**
**PO Box 660317**
**Dallas, TX 75266-0317**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Banyan Medical Systems, LLC** | Case number (if known) | **26-80320** |
|---|---|---|---|
| | Name | | |

---

**3.195** | **Nonpriority creditor's name and mailing address**
**TSA Communications Inc.**
**13227 113th Ave**
**Largo, FL 33774**

Date(s) debt was incurred __
Last 4 digits of account number **iber**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,537.00**

---

**3.196** | **Nonpriority creditor's name and mailing address**
**U.S. Bank Equipment Finance**
**PO Box 790448**
**St. Louis, MO 63179-0448**

Date(s) debt was incurred __
Last 4 digits of account number **7533**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$14,255.00**

---

**3.197** | **Nonpriority creditor's name and mailing address**
**Udemy.com**
**P.O. Box 734229**
**Chicago, IL 60673-4229**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,938.00**

---

**3.198** | **Nonpriority creditor's name and mailing address**
**Uline Shipping Supplies**
**PO Box 88741**
**Chicago, IL 60680-1741**

Date(s) debt was incurred __
Last 4 digits of account number **7470**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$516.00**

---

**3.199** | **Nonpriority creditor's name and mailing address**
**UMA Education Inc**
**9309 N FLORIDA AVE**
**SUITE 100**
**Tampa, FL 33612**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$435,527.34**

---

**3.200** | **Nonpriority creditor's name and mailing address**
**UMA Education Inc**
**9309 N FLORIDA AVE**
**SUITE 100**
**Tampa, FL 33612**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$435,527.00**

---

**3.201** | **Nonpriority creditor's name and mailing address**
**Union Hospital**
**Robin McCallister, DON**
**1606 North 7th Street**
**Terre Haute, IN 47804**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Banyan Medical Systems, LLC** | | Case number (if known) | **26-80320** |
|---|---|---|---|---|
| | Name | | | |

**3.202** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00**

**Upchurch Watson White & Max**
**2000A Southbridge Pkwy**
**Ste 400**
**Birmingham, AL 35209**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: **Trade Debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,233.00**

**Verizon Wireless**
**PO Box 16810**
**Newark, NJ 07101-6810**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: **Trade Debt**

**Last 4 digits of account number  1209**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,100.00**

**VIVE Event LLC**
**155 E 44TH ST**
**SUITE 701**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,100.00**

**VIVE Event LLC**
**155 E 44th Street, Suite 701**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: **Trade Debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,900,000.00**

**Westside State**
**923 Galvin Rd, Ste 110**
**Bellevue, NE 68005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,304.00**

**WEX Health, Inc**
**P.O. Box 9528**
**3100 13th Ave**
**Fargo, ND 58106-9528**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: **Trade Debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,545.00**

**Wicked Good Cookies, Inc**
**61 Shrewsbury St**
**PO Box 585**
**Boylston, MA 01505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: **Trade Debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Banyan Medical Systems, LLC** | Case number (if known) | **26-80320** |
|---|---|---|---|
| | Name | | |

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,114.00** |
|---|---|---|---|

**Wilson, Elser LLP**
**150 East 42nd St**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0001**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$429.00** |
|---|---|---|---|

**Wolfe Electric**
**13376 Chandler Rd**
**Omaha, NE 68138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,914.78** |
|---|---|---|---|

**World Wide Express**
**29228 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **9217**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,870.00** |
|---|---|---|---|

**World Wide Express**
**29228 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **9217**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,710.00** |
|---|---|---|---|

**Zoom**
**P.O. Box 888843**
**Los Angeles, CA 90088-8843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **9268**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,446.00** |
|---|---|---|---|

**ZoomInfo Technologies**
**DEPT LA 24789**
**330 W Columbia Way, Floor 8**
**Pasadena, CA 91185-4789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **6359**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,319.74** |
|---|---|---|---|

**Ztelco**
**PO Box 102267**
**Pasadena, CA 91189-2267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **9391**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Banyan Medical Systems, LLC** | Case number (if known) | **26-80320** |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.  $ | **2,128,505.67** |
| **5b. Total claims from Part 2** | 5b. **+**  $ | **233,705,421.06** |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c.  $ | **235,833,926.73** |

**Fill in this information to identify the case:**

Debtor name   **Banyan Medical Systems, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEBRASKA

Case number (if known)   **26-80320**

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal         Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Services Contract** | |
| | State the term remaining | | **Acension St. Joseph - Chicago** |
| | List the contract number of any government contract | | **2900 N Lake Shore Drive** |
| | | | **Chicago, IL 60657** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Services Contract** | |
| | State the term remaining | | **Advent Health** |
| | | | **Legal Dept** |
| | List the contract number of any government contract | | **902 Inspiration Avenue** |
| | | | **Altamonte Springs, FL 32714** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Services Contract** | |
| | State the term remaining | | **Adventist Health - Bakersfield Hospital** |
| | | | **Heather Van Housen, CNO** |
| | List the contract number of any government contract | | **2615 Chester Avenue** |
| | | | **Bakersfield, CA 93301** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Office Presmises at 8701 F Street** | |
| | State the term remaining | **6 years** | **Castle Capital II** |
| | | | **James Hannon III** |
| | List the contract number of any government contract | | **1248 O St Ste 900** |
| | | | **Lincoln, NE 68508** |

| Debtor 1 | **Banyan Medical Systems, LLC** | | Case number *(if known)* | **26-80320** |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Services Contract**

State the term remaining

List the contract number of any government contract

**Common Spirit Health
444 West Lake Street STE 2500
Chicago, IL 60606**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Services Contract**

State the term remaining

List the contract number of any government contract

**Cuyuna Regional Medical Center
320 East Main Street
Crosby, MN 56441**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Services Contract**

State the term remaining

List the contract number of any government contract

**HCA - Research Medical Center
2316 E Meyer Blvd
Kansas City, MO 64132**

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Services Contract**

State the term remaining

List the contract number of any government contract

**Hospital Sisters Health System
4936 Laverna Road
Springfield, IL 62707**

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for Office Space**

State the term remaining

List the contract number of any government contract

**Landlord**

| Debtor 1 | **Banyan Medical Systems, LLC** | | | Case number *(if known)* | **26-80320** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Services Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Marin General Hospital**<br>**250 Bon Air Road**<br>**Greenbrae, CA 94904** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest — **Services Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Mt. Sinai Hospital**<br>**Diane Aroh, CNO**<br>**1 Gustave L. Levy Place**<br>**New York, NY 10029** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest — **Services Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Mt. Sinai South Nassau**<br>**Margaret Pfeiffer, CNO**<br>**One Healthy Way**<br>**Oceanside, NY 11572** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest — **Services Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **St. Joseph Mercy Ann Arbor Hospital**<br>**5301 Mcauley Drive**<br>**Ypsilanti, MI 48197** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest — **Services Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **St. Lukes Health System - Kansas City**<br>**4401 Wornall Road**<br>**Kansas City, MO 64111** |

Debtor 1  **Banyan Medical Systems, LLC**                           Case number *(if known)*  **26-80320**
         First Name      Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.15.   State what the contract or lease is for and the nature of the debtor's interest   **Services Contract**

State the term remaining

List the contract number of any government contract

**Union Hospital**
**Robin McCallister, DON**
**1606 North 7th Street**
**Terre Haute, IN 47804**

**Fill in this information to identify the case:**

Debtor name    **Banyan Medical Systems, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known)    **26-80320**

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Your Codebtors
**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Various. Investigations are ongoing.** | | | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Banyan Techonology Solutions** | | **Castle Capital II** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G **2.4** |

**Fill in this information to identify the case:**

Debtor name   **Banyan Medical Systems, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEBRASKA

Case number (if known)   **26-80320**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | ☐ Operating a business<br>■ Other **Forensic accounting is ongoing. For all 3 years** | **Unknown** |
| **For prior year:** From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other | **$22,739,683.00** |
| **For year before that:** From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$31,420,065.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

| Debtor | **Banyan Medical Systems, LLC** | Case number *(if known)* | **26-80320** |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Intercompany Transfers**<br><br>**Related Entities** | **Various** | **Unknown** | **Forensic Audit is udnerway. Information will be updated once obtained.** |
| 4.2. | **Anthony S Buda**<br>**231 No 248th Circle**<br>**Waterloo, NE 68069**<br>**CEO** | **Various** | **Unknown** | **Forensic Audit is udnerway. Information will be updated once obtained.** |
| 4.3. | **Ryan E Scott**<br>**11106 William Plz**<br>**Omaha, NE 68144**<br>**Counsel** | **Various** | **Unknown** | **Forensic Audit is udnerway. Information will be updated once obtained.** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Octopus LP v. SFFS Master Holdings, LLC et al**<br>**CI 25-10574** | | **Dgoulas County District Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Marchese v. Banyan Medical Systems LLC**<br>**CI 25-7097** | | **Dgoulas County District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | Banyan Medical Systems, LLC | Case number *(if known)* | 26-80320 |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Dext Capital LLC v. Anthony Buda et al**<br>**CI 25-9135** | | **Douglas County District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Dext Capital LLC v. Anthony Buda**<br>**CI 25-9319** | | **Douglas County District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Lake Street Partners v. Banyan Medical Systems et al**<br>**CI25-9523** | | **Douglas County District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **GPH Atoka Holdings v. Banyan Medical Systems**<br>**CI 25-31075** | | **Douglas County District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **UMA Education Inc v. Banyan Medical Systems**<br>**CI 25-10748** | | **Douglas County District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Dext Capital LLC v. Banyan Capital I LLC et al**<br>**CI 26-1067** | | **Douglas County District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Local Bank v. Anthony Buda et al**<br>**CI 26-1817** | | **Douglas County District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Equify Financial v. Banyan Medical Systems et al**<br>**CI 26-2256** | | **Douglas County District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | Banyan Medical Systems, LLC | Case number *(if known)* 26-80320 |
|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Turner Legal Group<br>9375 Burt St<br>Omaha, NE 68114 | TLG received $73,000 in total.  TLG represent Debtor, a number of its affiliates, and BM Solutions in matters related and unrelated to these bankruptcy cases.  For disclosure purposes, the payment listed herein is merely a pro rate allocation of costs. | Oct 2025 | $7,300.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>Banyan Medical Solutions | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

| Debtor | **Banyan Medical Systems, LLC** | Case number *(if known)* **26-80320** |
|---|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Storage Facility**<br>**4338 S 90th**<br>**Omaha, NE 68127** | **Tim Langston** | **Desks and Computers** | ☐ No<br>■ Yes |

| Debtor | **Banyan Medical Systems, LLC** | Case number *(if known)* **26-80320** |
|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **BMS Aviation** | **Holds Plane** | EIN:      84-3577169<br><br>From-To   **Oct 2019 to Nov 2025** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

| Debtor | Banyan Medical Systems, LLC | Case number (if known) | 26-80320 |
|---|---|---|---|

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | TONY D. BUDA PC<br>2914 S 156TH CIRCLE<br>Omaha, NE 68130 | 2006 to Current |
| 26a.2. | Torrey Robb | 11/15/2023 to 10/20/2025 |
| 26a.3. | Ryan Scott | 2007-Oct 3 2025 |
| 26a.4. | Jamie Andersen | 4/17/2017 to 2/2/2025 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | TONY D. BUDA PC<br>2914 S 156TH CIRCLE<br>Omaha, NE 68130 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. Tim Langstons | 9/23/2024 | |
| Name and address of the person who has possession of inventory records | | |
| Unknown | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page 7 |
|---|---|---|

Debtor  **Banyan Medical Systems, LLC**                                    Case number *(if known)*  **26-80320**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Anthony S Buda** | **231 No 248th Circle Waterloo, NE 68069** | **President, Secretary, Treasurer and Director** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Banyan Medical Holdco II, LLC** | **4106 South 87th Street Omaha, NE 68127** | **Shareholder** | **76%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Pegler Family, LLC** | **1010 Lincoln Mall, Suite 103 PO Box 81667 Lincoln, NE 68501** | **Shareholder** | **26%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐  No
■  Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Ryan Scott** | | **General Counsel** | **2019-2025** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Torrey Robb** | **2115 N 103rd St Omaha, NE 68134** | **CFO** | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐  No
■  Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|-----------------------------------------------------|-------|-------------------------------|
| 30.1. | **See SOFA 4** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■  No
☐  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| | |

| Debtor | **Banyan Medical Systems, LLC** | Case number *(if known)* | **26-80320** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 20, 2026**

**/s/ Anthony S. Buda**                          **Anthony S. Buda**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Authorized Representative**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Nebraska

| | | | | |
|---|---|---|---|---|
| In re | **Banyan Medical Systems, LLC** | | Case No. | **26-80320** |
| | | Debtor(s) | Chapter | **7** |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Banyan Medical Systems, LLC**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Banyan Medical Holdco II, Inc**
**4106 South 87th Street**
**Omaha, NE 68127**

**Pegler Family, LLC**
**1010 Lincoln Mall, Suite 103**
**PO Box 81667**
**Lincoln, NE 68501**

☐ None [*Check if applicable*]

| | |
|---|---|
| **April 20, 2026** | **/s/ Patrick Turner** |
| Date | **Patrick Turner** |
| | Signature of Attorney or Litigant |
| | Counsel for __**Banyan Medical Systems, LLC**__ |
| | **Turner Legal Group** |
| | **9375 Burt St, Suite 200** |
| | **Omaha, NE 68114** |
| | **402-690-3675** |
| | **pturner@turnerlegalomaha.com** |