hrgobj (03/26)

**UNITED STATES BANKRUPTCY COUR**
**District of Nebraska**

In Re:

    Banyan Medical Systems, LLC             Bankruptcy Proceeding No.  26–80320–BSK
                                                  Chapter  7

    Debtor(s)

                                                   Judge:  Brian S. Kruse

**Notice Setting Objection / Resistance Deadline and Hearing**

The last day to object or resist the [81] Motion to Compel filed by Creditor Equify Financial, LLC is **prior to hearing**. The objection or resistance must comply with Neb. R. Bankr. P. 9013–1. If an objection or resistance is not timely filed, the court may enter an order granting the relief requested without further notice or hearing.

If an objection or resistance is properly and timely filed, a hearing will be held on **July 29, 2026** at **11:00 AM**, CENTRAL TIME in the **Robert V. Denney Courthouse, 460 Federal Building, 100 Centennial Mall North, Lincoln, NE 68508**. The hearing will be conducted on affidavit evidence, which must be submitted to the court and opposing parties by **prior to hearing**.

If the motion is a motion to extend the automatic stay, the automatic stay is extended until the resistance period on debtor's motion expires, and a ruling is issued.

If the motion is a motion for relief from stay, the hearing will be a final hearing under 11 U.S.C. 362(d) and (e) unless the court expressly treats it as a preliminary hearing.

Parties may appear by telephone. You must call the Cisco Webex TeleConference Center at least 5 minutes before the hearing is scheduled to begin. Telephone hearing instructions and protocol are attached. The toll–free call–in number and access number may not be the same for every hearing. The required call–in information is:

TOLL FREE CALL IN NUMBER 1–855–244–8681
ACCESS CODE 2305 933 2329
ATTENDEE ID NUMBER: N/A, INSTEAD PRESS # TO BYPASS

If you plan to appear in the courtroom for the hearing and require equipment for the hearing impaired, please notify the courtroom department at least twenty–four hours before the hearing is scheduled to begin.

**Attention Movant: You must** immediately serve notice of the motion and this notice on all parties in interest affected by the motion or order who did not receive notice via the CM/ECF system, and if any parties were served, the movant must file a certificate of service.

Dated:  7/17/26

                                              Kyle L. Crockett
                                              Clerk, U.S. Bankruptcy Court

Copies served by the court on the movant.
Michael Milone

(02/22)

### Instructions to Enter Telephone Conference

1. Dial the TOLL–FREE CALL–IN NUMBER from the hearing notice.
2. Enter the ACCESS CODE from the hearing notice. You will be placed on hold until the call is activated.
3. When prompted for the ATTENDEE ID NUMBER, press the # key to bypass. Wait for the call to begin.
4. Do not state your name or speak unless prompted by the court.

### Telephone Hearing Protocol

- If you do not call in, the hearing will proceed as scheduled.
- Conference calls will be heard throughout the courtroom.
- Do not make noise.
- Do not put your phone on hold.
- Do not use a speakerphone.
- Mute your telephone when appropriate. Press *6 to mute your line. Press *6 again to un–mute your line.
- Call from a land line to avoid dropped cellular calls and static.
- Observe proper telephone etiquette.

Thank you for your cooperation. It will expedite the hearing.